*opinion.* Motion for leave to intervene denied. If counsel for Charles L. Feltman desires to file a brief upon the argument of the appeal herein as amicus curiæ, it will be received.

CITY OF BUFFALO, Appellant, v. THOMAS CUSACK CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 8, 1911.) Action by the City of Buffalo against the Thomas Cusack Company. No opinion. Judgment affirmed, with costs.

In re CITY OF NEW YORK. In re BROOKLYN–MANHATTAN RAPID TRANSIT R. R. (Supreme Court, Appellate Division, First Department. March 17, 1911.) In the matter of the City of New York. In the matter of the Brooklyn-Manhattan Rapid Transit Railroad. No opinion. Application granted. Settle order on notice.

In re CITY OF NEW YORK. In re MANHATTAN TERMINAL OF NEW YORK & BROOKLYN BRIDGE. (Supreme Court, Appellate Division, First Department. March 17, 1911.) In the matter of the City of New York. In the matter of the Manhattan Terminal of New York & Brooklyn Bridge. No opinions. Orders affirmed, with $10 costs and disbursements. Order filed. See, also, 139 App. Div. 909, 124 N. Y. Supp. 1112.

CITY OF NEW YORK, Appellant, v. AMERICAN RY. TRAFFIC CO., Respondent. (Supreme Court, Appellate Division, First Department. March 10, 1911.) Action by the City of New York against the American Railway Traffic Company. For opinion below, see 66 Misc. Rep. 166, 121 N. Y. Supp. 221. T. Farley, for appellant. J. W. Carpenter, for respondent. No opinion. Determination affirmed, with costs. Order filed.

In re CLARK. (Supreme Court, Appellate Division, Fourth Department. March 22, 1911.) In the matter of the judicial settlement of the accounts of Newton A. Clark, as general guardian of W. Wilson Clark, an infant. No opinion. Appeal dismissed, without costs, upon stipulation filed.

CLARK, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by James J. Clark, as administrator de bonis non of Philip Clark, deceased, against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

CLAYTON, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. March 10, 1911.) Action by John B. Clayton against the City of New York. R. J. Donovan, for appellant. L. Leale, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re CLEMENT, State Excise Com'r. (Supreme Court, Appellate Division, Fourth Department. March 8, 1911.) In the matter of the petition of Maynard N. Clement, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 27,633, issued to Warren J. Parsell. No opinion. Order affirmed, with $10 costs and disbursements.

In re CLEMENT, State Excise Com'r. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) In the matter of the petition of Maynard N. Clement, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 10,019, issued to John R. Wood. No opinion. Order affirmed, with $10 costs and disbursements.

CLEMENT, State Excise Com'r, Respondent, v. BASCGLIA et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 14, 1911.) Action by Maynard N. Clement, as State Commissioner of Excise, against Mary Bascglia and another. No opinion. Judgment and order affirmed, with costs.

CLEMENT, State Excise Com'r, Appellant, v. FIVE CASES OF FOSHAY'S YATES SPECIAL, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 22, 1911.) Action by Maynard N. Clement, as State Commissioner of Excise, etc., against five cases containing nine dozen and four bottles of Foshay's Yates Special and five cases containing the above-mentioned bottles; William B. Foshay, answering as owner. No opinion. Appeal dismissed, without costs, upon stipulation filed.

CLEMENT, State Excise Com'r, Appellant, v. FOUR CASES OF PABLO, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 22, 1911.) Action by Maynard N. Clement, as State Commissioner of Excise, etc., against four cases of Pablo, James F. Barry, answering as owner. No opinion. Appeal dismissed, without costs, upon stipulation filed.

CLEMENT, State Excise Com'r, v. 180 QUART BOTTLES OF LIQUOR et al. (Supreme Court, Appellate Division, Fourth Department. March 29, 1911.) Action by Maynard N. Clement, as State Commissioner of Excise, etc., against 180 quart bottles of liquor; Garry S. Bacon answering, and John H. Wilson appearing specially. PER CURIAM. Order affirmed, with $10 costs and disbursements. KRUSE and ROBSON, JJ., dissent, upon the authority of Huff v. Mahar, 136 App. Div. 297, 120 N. Y. Supp. 1070.

CLEMENT, Com'r, v. SCHRUM et al. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by Maynard N. Clement, as Commissioner, etc., against Wil-